

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Lloyd Houghton, Vicki Johnson, and Mark A. Smith,

\* From the 91st District Court of Eastland County, Trial Court No. CV1644276.

Vs. No. 11-18-00029-CV

\* July 11, 2019

City of Cisco, Texas,

\* Memorandum Opinion by Stretcher, J. (Panel consists of: Stretcher, J.; Wright, S.C.J., sitting by assignment; and Dauphinot, S.J., sitting by assignment)
(Bailey, C.J., and Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment to the extent that its grant of the City of Cisco's plea to the jurisdiction dismissed the takings claim asserted by Lloyd Houghton, Vicki Johnson, and Mark A. Smith, and we remand this cause to the trial court for further proceedings with respect to that claim. We affirm the trial court's judgment in all other respects. The costs incurred by reason of this appeal are taxed fifty percent against Lloyd Houghton, Vicki Johnson, and Mark A. Smith and fifty percent against the City of Cisco, Texas.